**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| | |
|---|---|
| In Re:<br><br>CURTIS JAMES JACKSON, III,<br><br>　Debtor.<br>_____<br><br>CURTIS JAMES JACKSON, III,<br><br>　Plaintiff,<br><br>　v.<br><br>JONATHAN SCHWARTZ, MICHAEL OPPENHEIM, BERNARD GUDVI, NICHOLAS BROWN, and WILLIAM BRAUNSTEIN<br><br>　Defendants**,**<br><br>and<br><br>GSO MANAGEMENT, LLC<br><br>Defendant/ Third –Party Plaintiff,<br><br>v.<br><br>BOULEVARD MANAGEMENT, INC.<br><br>and<br><br>NELIGAN LLP,<br><br>Third –Party Defendants. | CHAPTER 11<br><br>CASE NO. 15-21233 (AMN)<br><br><br><br><br><br><br><br>ADVERSARY PROCEEDING NO.<br>CASE NO. 17-02068 (AMN) |

**PLAINTIFF'S REQUEST FOR TELEPHONIC PRETRIAL CONFERENCE**

The plaintiff, Curtis James Jackson III ("Plaintiff") hereby request that the pretrial conference scheduled for Wednesday September 25, 2019 at 2:00 PM take place telephonically in lieu of an in person appearance as the parties are continuing to discuss settlement through the

1

auspices of the Court appointed mediator as well as Plaintiff's counsel would otherwise need to travel from its offices in New York City.

**WHEREFORE**, Plaintiff respectfully requests that this Court schedule a telephonic pretrial conference for September 25, 2019, and grant such other and further relief as justice requires.

Dated: September 24, 2019

THE PLAINTIFF,
CURTIS JAMES JACKSON III

By: /s/ John L. Cesaroni
    John L. Cesaroni (ct29309)
    Zeisler & Zeisler, P.C.
    10 Middle Street, 15th Floor
    Bridgeport, CT 06604
    Email: jcesaroni@zeislaw.com
    Tel: (203) 368-4234
    Fax: (203) 549-0432

By: /s/ Joseph P. Baratta
    Joseph P. Baratta
    Baratta, Baratta & Aidala LLP
    Joseph P. Baratta
    Imran H. Ansari
    546 Fifth Avenue
    New York, NY 10036
    (212) 750-9700

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, a true and accurate copy of the foregoing was served by upon all counsel of record in these proceedings by operation of the Court's CM/ECF system.

/s/ John L. Cesaroni
John L. Cesaroni (ct29309)