# BARATTA, BARATTA & AIDALA LLP

ATTORNEYS AT LAW
546 FIFTH AVENUE
NEW YORK, NEW YORK 10036

(212) 750-9700

JOSEPH P. BARATTA
JOSEPH A. BARATTA*
ARTHUR L. AIDALA*
----------
OF COUNSEL:
HON. BARRY KAMINS (RET)
HON. JOHN M. LEVENTHAL (RET)
MARIANNE BERTUNA*
MICHAEL V. CIBELLA
IMRAN H. ANSARI*
JOHN ESPOSITO*
DIANA SAMSON#
MICHAEL JACCARINO
MICHAEL DIBENEDETTO*

\* ALSO ADMITTED IN NJ
\# ALSO ADMITTED IN CT

FACSIMILE: (917) 261-4832
E-FAX: (212) 202-4435
WWW.BARATTALAW.COM

BROOKLYN OFFICE
8118 13TH AVENUE
BROOKLYN, NEW YORK 11228

NEW JERSEY OFFICE
340 NORTH AVENUE, 3RD FLOOR
CRANFORD, NEW JERSEY 07016

<u>Via Email</u>

Mr. Curtis James Jackson, III
G Unit Records/Touring
264 W. 40th Street, 15th Floor
New York, NY 10018
c/o Steven Savva, Esq.
sjsavvapc@aol.com

August 29, 2022

---

**FOR PROFESSIONAL SERVICES RENDERED:**

Re:  Curtis James Jackson III v. GSO
     Bankruptcy Case No. 15-21233 (AMN), Adversary Proceeding Case. No. 17-02005 (AMN)

[Curtis Jackson (CJ or Client); Joseph P. Baratta (JPB); Imran H. Ansari (IHA); Steve Savva (SS); Alex Sieburth (AS);; John Cesaroni (JC)]

Billing time incurred from September 10, 2017 to August 29, 2022:

| Date | Activity | Attorney | Time |
|---|---|---|---|
| 9/10/17 | Preparation and draft of Adversary Complaint; office review and discussion with General Counsel of client of claims against GSO Business Management LLC, Jonathan Schwartz, Michael Oppenheim, Bernard Gudvi, Nicholas Brown, William Braunstein | IHA | 5.0 |
| 9/11/17 | | JPB | 1.5 |
| 9/13/17 | Review of Court docket re: Summons issued on Defendants William Braunstein and due dates of defendants' answers | IHA | 0.3 |
| 9/15/17 | Discussion with local counsel for motion for default | IHA | 0.3 |
| 10/23/17 | Office discussion re: motion to extend time to answer the complaint | IHA | 0.2 |
| | | JPB | 0.2 |
| 11/8/17 | Receipt and review of notice of rescheduled hearing | IHA | 0.2 |
| 11/8/17 | Review of answer to complaint by Defendants Nicholas Brown, GSO Business Management LLC, Bernard Gudvi and Michael Oppenheim | IHA | 0.3 |

BARATTA, BARATTA & AIDALA LLP                                                                                        Page 2

| Date | Description | Atty | Hours |
|---|---|---|---|
| 11/14/17 | Review of motion for default for failure to appear and plead against Jonathan Schwartz as authorized by Federal Rule of Bankruptcy Procedure | IHA | 0.3 |
| 11/22/17 | Review of motion to extend time to file third-party complaint as a matter of right to December 22, 2017 | IHA | 0.2 |
| 11/29/17 | Receipt and review of Notice of Hearing re: motion to extend time filed by Defendant GSO Business Management, et al. | IHA | 0.2 |
| 12/4/17 | Telephone discussion with JC re: objection Plaintiff's Opposition to Defendants' Amended Motion, Extension of Time to File Third Party Complaint a Matter of Right filed by JC on behalf of Client | IHA | 0.3 |
| 12/11/17-12/12/17 | Telephone conversations with local counsel re: hearing pursuant to the statement made on the record and scheduling order to enter Complaint filed by Plaintiff, and hearing to be held on 12/15/18 | IHA  JPB | 0.3  0.3 |
| 12/20/17 | Review of scheduling order; office discussion | IHA  JPB | 0.3  0.3 |
| 12/22/17 | Review of Third Party Complaint on behalf of GSO Business Management LLC against Neligan LLP and Boulevard Management, Inc. | IHA | 0.3 |
| 12/22/17 | Review of Third Party Complaint Summons issued on Defendant Boulevard Management, Inc., Third Party Complaint filed by Third Party Plaintiff GSO Business Management, LLC, Defendant GSO Business Management | IHA | 0.3 |
| 1/26/18 | Review of Notice of Appearance filed by Robert W. Cassot on behalf of Boulevard Management, Inc. | IHA | 0.2 |
| 1/30/18 | Review of Notice of Appearance filed by Adam B. Marks on behalf of Neligan LLP | IHA | 0.2 |
| 2/1/18 | Office discussion re: Motion to Extend Time to Respond to Complaint to March 12, 2018 filed on behalf of Neligan LLP | IHA  JPB | 0.2  0.2 |
| 2/8/18 | Discussion re: Motion to Amend Scheduling Order to Extend Time to File 26(F) Report on Consensus filed on behalf of Client | IHA | 0.3 |
| 2/12/18 | Office discussion re: hearing continued pursuant to the order granting the motion to amend scheduling order re: complaint filed by Client | IHA  JPB | 0.5  0.5 |
| 3/8/18 | Review of Motion to Extend Time to File 26F Report and to Continue Pretrial Conference by Consent to March 16, 2018 filed on behalf of Boulevard Management, Inc. | IHA | 0.2 |
| 3/9/18 | Preparation for and attendance at continued Pre-Trial Conference | IHA  JPB | 5.0  5.0 |
| 3/12/18 | Analysis and review of Answer to Third Party Complaint and Affirmative Defenses filed by Third Party Defendant Boulevard Management, Inc., and Motion to Dismiss Adversary Proceeding for Failure to State a Claim, Memorandum of Law in Support of Motion to Dismiss for Failure to State a Claim, filed by Third Party Defendant Neligan LLP | IHA  JPB | 1.0  1.0 |
| 3/16/18 | Office discussions and preparation of Report of Stipulated Meeting Form 26(f) Report of Parties' Planning Meeting | IHA  JPB | 1.0  1.0 |
| 3/20/18 | Review of scheduling order as a result of inclement weather, the hearing scheduled for March 21, 2018 is continued to a date to be determined | IHA  JPB | 0.2  0.2 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 3/27/18 | Office discussion regarding hearing set re: complaint filed by Client and Third Party complaint filed by Third Party Plaintiff GSO Business Management, LLC, Defendant GSO Business Management LLC | IHA<br>JPB | 0.2<br>0.2 |
| 3/30/18 | Review of Motion to Extend Time to Respond to Neligan LLP's Motion to Dismiss Third Party Complaint to April 16, 2018 filed on behalf of GSO Business Management | IHA<br>JPB | 0.3<br>0.3 |
| 4/3/18 | Review of Order re: GSO Business Management, LLC to respond to Neligan LLP's Motion to Dismiss Third Party Complaint on or before April 16, 2018 re: Motion to Extend Time filed by Third Party Plaintiff GSO Business Management, LLC | IHA | 0.3 |
| 4/5/18 | Status review of file entry of court decision regarding the stay of further proceedings until the resolution of Neligan LLP's Motion to Dismiss Adversary Proceeding | IHA | 0.2 |
| 4/16/18 | Review of points in Memorandum of Law in Opposition to Neligan LLP's Motion to Dismiss | IHA | 0.3 |
| 4/27/18 | Analysis of Reply to Motion to Dismiss Adversary Proceeding for Failure to State a Claim filed by Neligan LLP, Memorandum of Law filed by GSO Business Management by Neligan LLP | IHA | 0.3 |
| 5/23/18 | Review of order re: GSO Business Management, LLC's Memorandum in Opposition to Neligan LL";s Motion to Dismiss the Third Party Complaint as premature | IHA | 0.2 |
| 6/29/18 | Review and analysis of Memorandum and Decision and Order Dismissing Count IV of the Third Party Complaint re: Motion to Dismiss Adversary Proceeding filed by Third Party Defendant Neligan LLP | IHA | 0.3 |
| 10/18/18 | Analysis and review of Motion for Summary Judgment filed by Boulevard Management Inc. | IHA | 0.2 |
| 10/18/18 | Office discussion re: Memorandum of Law in Support and exhibits filed by Boulevard Management, Inc. | IHA<br>JPB | 1.0<br>1.0 |
| 11/5/18 | Review of request for status conference filed by GSO Business Management LLC | IHA | 0.2 |
| 2/4/19 | Telephone discussion with JC re: request for status conference by Client | IHA | 0.5 |
| 2/11/19 | Office review of scheduling order for conference to be held on February 21, 2019 | IHA<br>JPB | 0.3<br>0.3 |
| 2/19/19 | Review of status regarding file entry re: motion for permission for Thomas K. McCraw to appear Pro Hac Vice filed by GSO Business Management LLC | IHA | 0.1 |
| 2/22/19 | Review of order re: Motion for Admission of Attorney Thomas K. McCraw on a pro hac vice basis | IHA | 0.1 |
| 2/22/19 | Discussion with JC with respect to scheduling order re: complaint filed by Client and Third Party Complaint filed by GSO Business Management, LLC | IHA | 0.6 |
| 2/22/19 | Office conference re: service made on Jonathan Schwartz (incarcerated) | IHA<br>JPB | 0.2<br>0.2 |
| 3/1/19 | Discussion re: notice of hearing re: motion for permission by Third Party Plaintiff GSO Business Management LLC | IHA<br>JPB | 0.3<br>0.3 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 3/6/19 | Review of Motion to Appear Pro Hac Vice by Thomas K. McCraw | IHA | 0.2 |
| 3/12/19 | Office discussion regarding Stipulation with All Parties Regarding Mediation filed by Boulevard Management, Inc., Third Party Defendant and Scheduling Order re: ECF No. 73 and the March 8, 2019 deadline for the filing of a Stipulation Regarding Mediation | IHA<br>JPB | 0.5<br>0.5 |
| 3/13/19 | Office review of Stipulation filed by GSO Business Management, LLC, Bernard Gudvi, Michael Oppenheim | IHA<br>JPB | 0.3<br>0.3 |
| 3/15/19 | Discussion with regard to Stipulation Regarding Mediation filed by Client | IHA<br>JPB | 0.3<br>0.3 |
| 3/16/19 | Review of scheduling order re: parties' substantial compliance with the scheduling order and cancelled telephone status conference of March 19, 2019 | IHA | 0.3 |
| 4/12/19 | Office discussion regarding the Mediation Referral Order re: complaint filed by Client and third-party complaint filed by GSO Business Management, LLC, and discussion with JC | IHA<br>JPB | 0.3<br>0.3 |
| 7/18/19 | Receipt of Notice of Rescheduled Pre-Trial Conference, check of availability, re: Complaint filed by Client, and Third-Party Complaint filed by GSO Business Management LLC | IHA<br>JPB | 0.2<br>0.2 |
| 9/24/19 | Discussion with JC re: request for telephonic hearing and related matters | IHA | 0.6 |
| 9/25/19 | Review of Order Granting Request for Telephonic Hearing and review of Request for Telephonic Hearing filed by Boulevard Management | IHA | 0.4 |
| 9/25/19 | Receipt and review of Order Granting Telephonic Hearing; Hearing re: scheduling order regarding continuation of the pre-trial conference | IHA<br>JPB | 0.5<br>0.5 |
| 10/16/19 | Review of Notice of Appearance filed by Christopher H. Blau on behalf of Client | IHA | 0.1 |
| 10/17/19 | Office discussion with JC re: pre-trial conference held regarding complaint filed by Client | IHA<br>JPB | 0.6<br>0.6 |
| 11/5/19 | Continuation of pre-trial conference continued re: complaint filed by Client | IHA<br>JPB | 0.6<br>0.6 |
| 11/19/19 | Hearing held re: scheduling order regarding complaint filed by Client | IHA<br>JPB | 0.6<br>0.6 |
| 11/22/19 | Review of Mediator's Report of Unsuccessful Mediation and advise client of same; review of scheduling order and order stating that the parties shall contact the Courtroom Deputy about availability for trial | IHA<br>JPB | 0.8<br>0.8 |
| 11/27/19 | Review of scheduling order regarding the unsuccessful mediation and that a schedule is required for resolution of the complaint filed by Client against GSO Business Management, et al., the third-party complaint filed by GSO Business Management, et al., and the motion for summary judgment, in addition to Boulevard Management seeking entry of summary judgment on Counts 1 and 2 of the Third Party Complaint; Boulevard Management shall file a Local Rule 56(a)(I) Statement of Undisputed Material Facts; on January 17, 2020, GSO Management, et al. shall respond to the Motion for Summary Judgment and file a Local Rule 56(a)(2) Statement of Facts in | IHA<br>JPB | 1.3<br>1.3 |

BARATTA, BARATTA & AIDALA LLP                                                                                          Page 5

|  |  |  |  |
|---|---|---|---|
|  | Opposition to Summary Judgment; on January 31, 2020, Boulevard Management's reply to GSO Business Management, et al.; on February 14, 2020, Client to provide disclosure of all experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2); on or before March 13, 2020, all defendants to disclose all experts and provide opposing counsel with reports from retained experts; on or before April 10, 2020, all discovery including expert discovery, shall be completed; on or before April 24, 2020, and shall each file statements of proposed findings of fact and conclusions of law; on or before April 24, 2020, all parties shall each file a list of exhibits and witnesses; on or before May 1, 2020, any motions in limine to be filed; on or before May 8, 2020, any objections to any motions in limine to be filed; on May 13, 2020. A continued Pre-Trial Conference shall be held; and on May 18, 2020, a trial shall commence in Bankruptcy Court |  |  |
| 12/5/19 | Review of service made on Jonathan Schwartz in the Federal Correctional Institution via first class mail | IHA | 0.2 |
| 12/27/19 | Review of Statement of Undisputed Facts and Motion for Summary Judgment filed by Boulevard Management, Inc., and office discussion regarding same | IHA<br>JPB | 0.9<br>0.9 |
| 1/17/20 | Review of Opposition to Motion for Summary Judgment filed by GSO Business Management, Inc. and Motion for Summary Judgment filed by Boulevard Management, Inc. | IHA<br>JPB | 0.6<br>0.6 |
| 1/17/20 | Review of 56(a)(2) Statement filed by GSO Business Management, LLC | IHA | 0.2 |
| 1/31/20 | Review of response filed by GSO Business Management, LLC | IHA | 0.2 |
| 2/14/20 | Discussion with JC re: filing of Motion to Amend Scheduling Order on Consent filed on behalf of Client | IHA | 0.5 |
| 2/14/20 | Discussion with all parties and receipt and review of order granting motion to amend scheduling order and amended scheduling order | IHA<br>JPB | 0.3<br>0.3 |
| 3/13/20 | Discussion with JC re: Motion to Amend Scheduling Order and filing of same | IHA<br>JPB | 0.7<br>0.7 |
| 6/5/20 | Receipt of notification of scheduled hearing and office discussion regarding scheduling order | IHA<br>JPB | 0.5<br>0.5 |
| 6/22/20 | Receipt and analysis of scheduling order re: granting of motion to amend scheduling order and coordination | IHA<br>JPB | 0.5<br>0.5 |
| 7/29/20 | Receipt of Order scheduling oral argument re: motion for summary judgment filed by Boulevard Management, Inc. for August 18, 2020 and telephonic hearing shall issue | IHA | 0.2 |
| 8/11/20 | Receipt of notice of telephonic hearing re: motion to extend time filed by Client; discussion with JC regarding same | IHA | 0.3 |
| 8/18/20 | Hearing held re: scheduling order regarding Motion for Summary Judgment field by Boulevard Management, Inc. and Motion to Extend Time filed by Client; discussion with JC regarding same | IHA | 0.4 |

BARATTA, BARATTA & AIDALA LLP                                                                                                     Page 6

| Date | Description | Atty | Hours |
|---|---|---|---|
| 8/26/20 | Receipt and review of order granting motion to amend scheduling order and amended scheduling order | IHA | 0.2 |
| 8/27/20 | Review of memorandum of decision denying summary judgment as to Count II of the third party complaint | IHA | 0.4 |
| 9/10/20 | Receipt and review of the notice of withdrawal without prejudice of Count I only of Third Party Complaint filed by GSO Business Management LLC | IHA | 0.2 |
| 10/5/20 | Receipt of notice that the scheduled hearing before the Court on October 27, 2020 will be conducted via Zoom | IHA | 0.1 |
| 12/10/20 | Discussion with JC regarding the joint motion to amend scheduling order | IHA | 0.3 |
| 12/23/20 | Office review re: amended pre-trial order and order granting motions to amend and extend time; scheduling and preparation for same | IHA JPB | 1.0 1.0 |
| 2/12/21 | Discussion, preparation and review of Joint Motion for Protective Order; receipt of granted motion for a protective order | IHA JPB | 2.0 1.0 |
| 2/21/21 | Office discussion with JC regarding protective order and amended motion to amend pretrial order on consent | IHA JPB | 0.8 0.8 |
| 3/15/21 | Receipt and review of order granting motion to modify scheduling order and amended scheduling order | IHA JPB | 0.4 0.4 |
| 5/11/21 | Preparation for deposition of Monica Cisek (GSO employee) | JPB IHA | 1.0 4.0 |
| 5/14/21 | Attendance at deposition of Monica Cisek | JPB IHA | 7.0 7.0 |
| 5/17/21 | Discussion with JC regarding motion to amend scheduling order | IHA | 0.3 |
| 5/17/21 | Joint preparation for deposition of Mai Pho (GSO employee-CPA) | JPB IHA | 1.5 5.0 |
| 5/18/21 | Attendance at deposition of Mai Pho | JPB IHA | 7.0 7.0 |
| 5/20/21 | Discussion with JC regarding motion for permission to depose incarcerated defendant filed on behalf of Client | IHA | 0.3 |
| 5/25/21 | Status conference regarding scheduling order and order re: motion to amend | IHA JPB | 0.5 0.5 |
| 6/8/21 | Preparation for and Pretrial conference – final pretrial conference scheduled for July 12, 2021 | JPB IHA | 1.2 1.2 |
| 6/10/22 | Review of scheduling order regarding pretrial conference held on June 8, 2021 | IHA | 0.2 |
| 6/14/21 | Preparation for deposition of Jonathan Schwartz (afternoon) (GSO) | JPB IHA | 1.0 4.0 |
| 6/15/21 | Attendance at deposition of Jonathan Schwartz | JPB IHA | 6.0 6.0 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 6/16/21 | Receipt and review of scheduling order setting additional trial dates; schedule dates for trial; office meeting | IHA<br>JPB | 0.5<br>0.5 |
| 6/17/21 | Preparation for deposition of Client | JPB<br>IHA | 2.0<br>4.5 |
| 6/18/21 | Office conference with respect to continued preparation for and attendance at deposition of Client | JPB<br>IHA | 2.0<br>6.0 |
| 6/19/21 | Preparation for deposition of Michael Oppenheim | JPB<br>IHA | 1.5<br>6.5 |
| 6/21/21 | Continued preparation for deposition of Michael Oppenheim as to factual matters for deposition | JPB<br>IHA | 2.0<br>4.0 |
| 6/21/21 | Receipt of notice of scheduled conference before the Court on July 19, July 20, July 21 and July 23, 2021; review of calendar | IHA | 0.4 |
| 6/22/21 | Attendance at deposition of Michael Oppenheim | JPB<br>IHA | 7.0<br>7.0 |
| 6/23/21 | Continuation of deposition of Michael Oppenheim | JPB<br>IHA | 5.0<br>5.0 |
| 6/25/2 | Discussion with JC re: motion for order excusing local counsel from trial, and receipt or order granting same | IHA | 0.3 |
| 6/28/21 | Office preparation for deposition of Bruce Kolbrenner | JPB<br>IHA | 1.5<br>5.0 |
| 6/28/21 | Office preparation for deposition of Todd Boziak regarding payments and authorization for same | JPB<br>IHA | 1.5<br>3.5 |
| 6/29/21 | Attendance at deposition of Bruce Kolbrenner | JPB<br>IHA | 7.0<br>7.0 |
| 6/30/21 | Attendance at deposition of Todd Bozick | JPB<br>IHA | 7.0<br>7.0 |
| 7/9/21 | Telephone discussion with JC and preparation of findings of fact and conclusions of law; preparation and filing of list of witnesses and exhibits, list of exhibits and exhibits; review of proposed filings and office review; review of list of witnesses filed by Boulevard Management, Inc.; review of exhibits and list of witnesses filed by GSO Business Management; additional discussions with JC with respect to filings and scheduling order | IHA<br>JPB | 2.3<br>1.8 |
| 7/9/21 | Review of findings of fact and conclusions of law filed by GSO Business Management, LLC | IHA | 0.5 |
| 7/12/21 | Pretrial conference and tech check | JPB<br>IHA | 1.0<br>2.0 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 7/12/21 | Trial preparation | IHA | 5.5 |
| 7/13/21 | Trial preparation | IHA | 6.5 |
| 7/13/21 | Receipt and review of exhibits filed by Boulevard Management; office discussion | IHA<br>JPB | 1.0<br>0.7 |
| 7/14/21 | Receipt, review and discussion of GSO Motion in Limine | JPB<br>IHA | 1.5<br>1.5 |
| 7/14/21 | Preparation and filing of Jackson Motion in Limine re: objection to expert, discussion with JC. | JPB<br>IHA | 1.0<br>3.0 |
| 7/14/21 | Receipt and review of scheduling order re: opening statements | IHA | 0.2 |
| 7/14/21 | Trial preparation | IHA | 5.0 |
| 7/15/21 | Trial preparation | IHA | 8.5 |
| 7/16/21 | Draft Objection to Motion In Limine filed by 3rd Party Plaintiff GSO Business Management LLC, Defendant GSO Business Management LLC | JPB<br>IHA | 2.0<br>3.0 |
| 7/16/21 | Trial preparation | IHA | 8.5 |
| 7/16/21 | Discussion with JC re: notice of hearing issued re: motion to seal filed by Client; motion in limine filed by GSO; motion to seal filed by GSO and list of witnesses and exhibits | IHA<br>JPB | 1.0<br>0.7 |
| 7/16/21 | Discussion with JC with respect to sealed document to be filed, motion to seal and objections filed | IHA<br>JPB | 1.3<br>1.3 |
| 7/17/21 | Continued draft Objection to Motion In Limine filed by 3rd Party Plaintiff GSO Business Management LLC, Defendant GSO Business Management LLC) | JPB<br>IHA | 0.5<br>1.0 |
| 7/17/21 | Trial preparation | IHA | 8.0 |
| 7/18/21 | Finalize Objection to Motion In Limine filed by 3rd Party Plaintiff GSO Business Management LLC, Defendant GSO Business Management LLC, list of witnesses and exhibits | IHA<br>JPB | 1.2<br>0.7 |
| 7/18/21 | Continued trial preparation | IHA | 8.5 |
| 7/19/21 | Preparation for and attendance at trial before Judge Nevins; preparation for trial and submission of redacted trial exhibits; review of GSO's submission of redacted trial exhibits and hearing held | JPB<br>IHA | 8.0<br>12.0 |
| 7/20/21 | Preparation for and attendance at trial before Judge Nevins; second submission of redacted trial exhibits | JPB<br>IHA | 8.0<br>10.0 |
| 7/21/21 | Preparation for and attendance at trial before Judge Nevins; preparation for continuation of trial; review of exhibits filed by GSO, | JPB<br>IHA | 6.0<br>10.0 |
| 7/22/21 | Preparation for continuation of trial; analysis of exhibits filed by Boulevard Management; office discussion | JPB<br>IHA | 8.5<br>8.5 |
| 7/23/21 | Preparation for and attendance at trial before Judge Nevins | JPB<br>IHA | 6.0<br>8.0 |
| 7/25/21 | Review of scheduling order re: trial dates | IHA<br>JPB | 0.5<br>0.5 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 7/29/21 | Receipt and review of GSO's Objection to Plaintiff's Request to Call Seymour Roberts as a Rebuttal Witness | JPB<br>IHA | 0.3<br>1.0 |
| 8/1/21 | Preparation for continuation of trial | JPB<br>IHA | 1.5<br>6.0 |
| 8/2/21 | Preparation for and attendance at trial before Judge Nevins; preparation for continuation of trial | JPB<br>IHA | 8.0<br>9.0 |
| 8/3/21 | Preparation for and attendance at trial before Judge Nevins; motion during trial with respect to order denying ECF No. 263 | JPB<br>IHA | 8.0<br>9.0 |
| 8/5/21 | Receipt and review of Order denying Plaintiff's Motion in Limine | JPB<br>IHA | 0.5<br>0.5 |
| 8/7/21 | Preparation for continuation of trial | IHA | 4.0 |
| 8/8/21 | Continued preparation for expert testimony and attendance at trial before Judge Nevins | JPB<br>IHA | 2.0<br>7.0 |
| 8/9/21 | Attendance at trial before Judge Nevins; receipt of Order denying Motions in Limine; preparation for trial motions; receipt of order granting motion to seal | JPB<br>IHA | 7.0<br>7.0 |
| 8/10/21 | Review of motion to determine whether to seal and order granting in part and denying in part motion to determine whether to seal and decision regarding privacy interests including local rules and bankruptcy rules, and findings of the court; review of decisions as to applicable rules | IHA<br>JPB | 1.3<br>0.7 |
| 8/10/21 | Receipt and review of order granting in part and denying in part motion to seal | IHA | 0.2 |
| 8/11/21 | Correspondence with SBC Global re: trial transcript orders; Receipt and review new Scheduling Order re: post-trial briefing; fixing all dates for post-trial briefs and post-trial motions; receipt of hearing notice; receipt of hearing notice by the court; discussion and plan for time allocations | IHA<br>JPB | 0.8<br>0.8 |
| 8/12/21 | Continued correspondence with SBC Global re: trial transcript orders; Draft trial transcript request for filing with court; forward same to JC for filing | IHA | 0.3 |
| 8/12/21 | Discussion with JC re: obtaining transcript and dates, etc. | IHA | 0.4 |
| 8/13/21 | Review of dates re: request for transcript of all trial dates | IHA<br>JPB | 0.4<br>0.4 |
| 8/19/21 | Review of Plaintiff's list of witnesses and court exhibits entered into evidence during trial held on July 19-21, 23, 2021 and August 2-3, 9, 2021, in addition to GSO and Boulevard Management's list of witnesses and court exhibits entered into evidence | IHA | 2.5 |
| 8/20/21 | Follow-up correspondence with SBC Global re: status of trial transcript orders | IHA | 0.2 |
| 8/22/21 | Review email from SBC Global re: trial transcripts | IHA | 0.1 |
| 8/23/21 | Review email from T. McCraw re: Kolbrenner deposition invoice | IHA | 0.1 |
| 8/24/21 | Review email from SBC Global re: trial transcripts | IHA | 0.1 |
| 8/25/21 | Obtain copis of transcript of hearing held on 7/19, 7/20, 7/23, 8/2, 8/3 and 8/9/21 and review of same; office discussion | IHA<br>JPB | 1.0<br>1.0 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 8/30/21 | Research re: opposition to GSO/Boulevard post-trial motions and Curtis Jackson motions | IHA | 6.8 |
| 9/2/21 | Drafting of opposition to GSO/Boulevard post-trial motions; Correspondence with JC re: conference call concerning post-trial briefing matters; Conference call with JC, Len Sprishen re: post-trial briefing matters; Telephone conversation, review of procedure for motions and conference call with JC | IHA<br>JPB | 5.6<br>1.2 |
| 9/3/21 | Continued drafting of post-trial opposition brief | IHA | 5.0 |
| 9/7/21 | Initial research re: Post-trial FRBP 7052 Motion; Review of brief with Judge Leventhal prior to filing with court | IHA<br>JPB | 4.0<br>2.0 |
| 9/8/21 | Finalize drafting of post-trial opposition brief; preparation and draft of post-trial FRBP 7052 Motion; review of transcripts and office discussion of trial material as relates to pending motions | IHA<br>JPB | 7.0<br>3.5 |
| 9/9/21 | Continue drafting and discussion of post-trial FRBP 7072 Motion; review of transcripts and trial material | IHA<br>JPB | 3.0<br>2.5 |
| 9/10/21 | Redraft of post-trial Opposition; Redraft of post-trial 7052 motion; Finalize post-trial opposition and post-trial 7052 for filing; Compile, assemble exhibits re: post-trial opp, post-trial 7052 motion; Forward post-trial opposition final materials to JC for filing; Forward post-trial 7052 motion final materials to JC for filing; Review newly-filed GSO post-trial motion; Review newly-filed Boulevard post-trial motion | IHA<br>JPB | 6.3<br>2.6 |
| 9/10/21 | Additional preparation and filing of post-trial brief | IHA<br>JPB | 6.0<br>6.0 |
| 9/13/21 | Assemble and review all post-trial briefing filed 9/10 to be sent to client; | IHA | 0.2 |
| 9/15/21 | Draft reply brief re: Boulevard post-trial motion | IHA | 3.6 |
| 9/16/21 | Draft reply brief re: GSO post-trial motion; Redraft of post-trial reply to Boulevard; Redraft of post-trial reply to GSO | IHA | 4.8 |
| 9/17/21 | Review Boulevard's post-trial reply; Redraft of post-trial reply re: GSO; Assemble exhibits re: post-trial reply to GSO; Forward JC the materials re: post-trial reply to GSO for filing; Redraft of post-trial reply re: Boulevard; Forward JC post-trial reply re: Boulevard for filing; Review GSO's post trial reply | IHA<br>JPB | 1.3<br>1.3 |
| 9/20/21 | Preparation for Court hearing on post-trial motions | IHA<br>JPB | 4.0<br>1.3 |
| 9/21/21 | Attendance at Zoom Court motions argument | IHA<br>JPB | 3.0<br>3.0 |
| 9/24/21 | Office conference re: scheduling order for supplemental briefing by September 21, 2021 | JPB<br>IHA | 0.3<br>0.3 |
| 10/1/21 | Preparation of supplemental post-trial brief | IHA<br>JPB | 5.0<br>3.0 |
| 10/7/21 | Receipt and review of response to brief, supplemental post-trial brief of GSO | IHA<br>JPB | 0.7<br>0.7 |

BARATTA, BARATTA & AIDALA LLP                                                                                                           Page 11

| Date | Description | Atty | Hours |
|---|---|---|---|
| 8/23/22 | Review of scheduling order directing GSO to file a statement pursuant to Fed. R.Bnkr.P. 2012(b); review of statement filed by GSO | IHA | 1.0 |
| 8/29/22 | Review of memorandum and decision and order after trial and discussion of same | IHA<br>JPB | 4.5<br>4.0 |

**Total time:**  IHA:  374.4 hrs. @ $750 per hour ............................................................... $280,800.00
                       JPB:  200.9 hrs. @ $750 per hour ...............................................................    150,675.00
**Total Billing Time:**                                                                                                                    **$431,475.00**

Expenses incurred from September 10, 2017 to August 29, 2022:

| Description | Amount |
|---|---|
| Prager Metis - Dep of Bruce Kolbrenner (Expert testimony fee) (#106530) | 1,800.00 |
| MSPC Accountants and Advisors – Tax Report (10/02/2020) | 5,000.00 |
| Lexitas (re GSO) dep of Monica Cisek 5/14/21 - inv. dated 6/9/21 (#1168362) | 1,127.31 |
| Lexitas (re GSO) dep of Jonathan Schwartz - inv. dated 7/13/21 (#1183892) | 1,633.10 |
| Lexitas (re GSO) dep of Mai Pho 5/21/21 - inv. dated 6/9/21 (#1168386) | 1,345.33 |
| Lexitas (re GSO) dep of Bruce Kolbrenner inv. dated 7/15/21 (#1184418) | 650.00 |
| Lexitas (re GSO) dep of Michael Oppenheim 6/22/21 - inv. dated 7/15/21 (#1184388) | 1,893.87 |
| vDiscovery 09-30-21 (#I219540) | 76.21 |
| MSPC Accountants and Advisors – (Expert testimony fee)(10/14/2021) | 3,300.00 |
| vDiscovery 10-31-21 (#l219998) | 76.21 |
| Storycloud - Jackson v. GSO - Bozick Rough Draft Transcript (6/30/21) (#11992) | 360.00 |
| vdiscovery 11-30-21 (#l220394) | 76.21 |
| vdiscovery 12-31-21 (#l220856) | 76.21 |
| vdiscovery 01-31-22 (#l221350) | 76.21 |
| vdiscovery 02-28-22 (#I221822) | 76.21 |
| vdiscovery 3-31-22 (#l222302) | 76.21 |
| vdiscovery 4-30-22 (#I222757) | 76.21 |
| vdiscovery 5-31-22 (#l223232) | 76.21 |
| vdiscovery 6-30-22 (#l223778) | 76.21 |
| vdiscovery 7-31-22 (#l224257) | 76.21 |
| vdiscovery 8-31-22 (#l224738) | 76.21 |
| **TOTAL EXPENSES:** | **$18,024.13** |
| **TOTAL FEES AND EXPENSES:** | **$449,499.13** |

**\*RECAP OF BILLING AND EXPENSES WITH APPORTIONMENT**

Billing Time Incurred (September 10, 2017 to August 29, 2022) – 60% allocation .......................... $258,885.00
Expenses .................................................................................................................................................      5,834.47

**TOTAL FOR BILLING TIME AND EXPENSES WITH 60% ALLOCATION FOR DISGORGEMENT
CLAIMS:**                                                                                                                                           **$264,719.47**

*\*ADDITIONAL REDUCTIONS TO BILLING*

*An additional reduction of paralegal time of the sum of $28,125 has been made, and the attorney hourly billing rate has been reduced to $750 per hour from standard billing rates as per agreement with Client. With respect to expenses, tax expert's report and testimony has been eliminated from expenses, and 60% of all other expenses have been apportioned to $5,834.47.*